**Exhibit A**

Partial list of Defendant's calls and texts to Plaintiff

| Date | Communication Type | Solicitor Address |
|---|---|---|
| 06/23/2021 | Text | (956) 666-8139 |
| 07/15/2021 | Text | (870) 337-2040 |
| 07/21/2021 | Text | (956) 666-8139 |
| 07/29/2021 | Text | (956) 666-8139 |
| 08/04/2021 | Text | (610) 486-7379 |
| 08/10/2021 | Text | (410) 632-6999 |
| 08/10/2021 | Text | (410) 632-6999 |
| 08/10/2021 | Text | (410) 632-6999 |
| 08/10/2021 | Text | (410) 632-6999 |
| 08/23/2021 | Text | (410) 632-6999 |
| 10/20/2021 | Text | (929) 325-1418 |
| 10/22/2021 | Text | (929) 325-1418 |
| 10/25/2021 | Text | (929) 325-1418 |
| 10/27/2021 | Text | (610) 486-7379 |
| 11/01/2021 | Text | (610) 486-7379 |
| 11/02/2021 | Text | (929) 325-1418 |
| 11/09/2021 | Text | (956) 666-8139 |
| 12/02/2021 | Text | (956) 666-8139 |
| 01/20/2022 | Text | (956) 666-8139 |
| 02/14/2022 | Text | (786) 656-0470 |
| 03/07/2022 | Text | (276) 365-9989 |
| 03/09/2022 | Text | (276) 365-9989 |
| 03/10/2022 | Text | (276) 365-9989 |
| 03/28/2022 | Text | (410) 657-0094 |
| 03/30/2022 | Text | (304) 449-8604 |
| 04/04/2022 | Text | (954) 280-9201 |
| 04/05/2022 | Text | (304) 449-8604 |
| 04/06/2022 | Text | (929) 325-1418 |
| 04/07/2022 | Text | (929) 325-1418 |
| 04/07/2022 | Text | (223) 999-6087 |
| 04/11/2022 | Text | (223) 999-6087 |
| 04/11/2022 | Text | (929) 325-1418 |
| 04/13/2022 | Text | (929) 325-1418 |
| 04/14/2022 | Text | (929) 325-1418 |
| 04/18/2022 | Text | (929) 325-1418 |
| 05/02/2022 | Text | (229) 922-0147 |
| 05/03/2022 | Text | (929) 325-1418 |

| Date | Communication Type | Solicitor Address |
|---|---|---|
| 05/04/2022 | Text | (410) 657-0094 |
| 05/09/2022 | Text | (410) 657-0094 |
| 05/16/2022 | Text | (410) 657-0094 |
| 05/23/2022 | Text | (410) 657-0094 |
| 05/26/2022 | Text | (551) 303-8046 |
| 05/31/2022 | Text | (410) 657-0094 |
| 08/01/2022 | Text | (726) 216-6602 |
| 08/03/2022 | Text | (941) 242-8328 |
| 08/03/2022 | Text | (941) 242-8328 |
| 08/08/2022 | Text | (941) 242-8328 |
| 08/08/2022 | Text | (941) 242-8328 |
| 08/09/2022 | Text | (941) 242-8328 |
| 08/11/2022 | Text | (941) 242-8328 |
| 08/12/2022 | Text | (941) 242-8328 |
| 08/12/2022 | Text | (941) 242-8328 |
| 08/15/2022 | Text | (941) 242-8328 |
| 08/15/2022 | Text | (941) 242-8328 |
| 08/16/2022 | Text | (941) 242-8328 |
| 08/18/2022 | Text | (657) 300-6155 |
| 08/22/2022 | Text | (916) 758-9180 |
| 08/23/2022 | Text | (916) 758-9180 |
| 08/24/2022 | Text | (984) 213-8579 |
| 08/25/2022 | Text | (916) 758-9180 |
| 08/29/2022 | Text | (941) 242-8328 |
| 08/31/2022 | Text | (984) 213-8579 |
| 09/06/2022 | Text | (916) 758-9180 |
| 09/08/2022 | Text | (916) 758-9180 |
| 09/15/2022 | Text | (470) 722-5213 |
| 10/24/2022 | Text | (726) 216-6605 |
| 10/25/2022 | Text | (726) 216-6605 |
| 10/26/2022 | Text | (208) 568-2432 |
| 10/31/2022 | Text | (208) 228-1467 |
| 10/31/2022 | Text | (208) 228-1467 |
| 12/27/2022 | Text | (607) 219-6413 |
| 12/28/2022 | Text | (321) 358-0968 |
| 01/26/2023 | Text | (205) 635-0136 |
| 01/30/2023 | Text | (208) 616-1321 |
| 01/31/2023 | Text | (205) 635-0136 |
| 02/03/2023 | Text | (608) 299-9353 |

| Date | Communication Type | Solicitor Address |
|---|---|---|
| 02/06/2023 | Text | (208) 616-1321 |
| 02/08/2023 | Text | (608) 299-9353 |
| 02/13/2023 | Text | (254) 323-2967 |
| 03/08/2023 | Text | (208) 616-1321 |
| 03/14/2023 | Text | (208) 616-1321 |
| 03/29/2023 | Text | (254) 320-9060 |
| 05/03/2023 | Phone Call | (720) 698-6083 |
| 06/06/2023 | Phone Call | (208) 225-8304 |
| 09/28/2023 | Text | (719) 750-0381 |
| 10/02/2023 | Text | (719) 750-0381 |
| 10/12/2023 | Text | (719) 750-0381 |
| 10/12/2023 | Phone Call | (562) 661-0052 |
| 12/26/2023 | Text | (626) 415-2069 |
| 12/27/2023 | Text | (626) 415-2069 |
| 12/28/2023 | Text | (626) 415-2069 |
| 01/18/2024 | Text | (626) 415-2069 |
| 01/22/2024 | Text | (806) 255-8186 |
| 01/22/2024 | Text | (443) 227-0328 |
| 02/19/2024 | Text | (470) 339-5493 |
| 03/21/2024 | Text | (618) 464-1016 |
| 05/21/2024 | Text | (707) 640-8822 |
| 06/25/2024 | Phone Call | (917) 685-0743 |
| 09/18/2024 | Text | (415) 687-5821 |
| 10/14/2024 | Phone Call | (208) 584-2288 |
| 10/14/2024 | Phone Call | (208) 584-2288 |
| 10/14/2024 | Text | (415) 687-5821 |
| 10/14/2024 | Phone Call | (208) 584-2288 |
| 10/28/2024 | Phone Call | (208) 584-2288 |
| 11/18/2024 | Text | (415) 687-5821 |
| 12/03/2024 | Text | (415) 687-5821 |
| 01/05/2025 | Text | (415) 687-5821 |
| 02/27/2025 | Phone Call | (917) 924-1148 |
| 03/19/2025 | Phone Call | (929) 446-7833 |
| 03/28/2025 | Phone Call | (347) 625-5321 |
| 03/31/2025 | Text | (872) 282-0908 |
| 03/31/2025 | Phone Call | (929) 446-7833 |
| 04/01/2025 | Text | (929) 446-7833 |
| 04/01/2025 | Phone Call | (929) 446-7833 |
| 04/02/2025 | Text | (929) 446-7833 |

| Date | Communication Type | Solicitor Address |
|---|---|---|
| 04/02/2025 | Phone Call | (646) 814-5588 |
| 04/03/2025 | Text | (929) 446-7833 |
| 04/07/2025 | Text | (872) 282-0908 |
| 04/07/2025 | Phone Call | (929) 446-7833 |
| 04/08/2025 | Text | (872) 282-0908 |
| 04/11/2025 | Phone Call | (347) 625-5321 |
| 04/18/2025 | Text | (254) 804-4103 |
| 04/21/2025 | Text | (254) 804-4103 |
| 04/23/2025 | Text | (254) 804-4103 |
| 04/24/2025 | Text | (254) 804-4103 |
| 04/25/2025 | Text | (872) 282-0908 |
| 04/29/2025 | Phone Call | (347) 625-5321 |
| 05/06/2025 | Phone Call | (347) 625-5321 |
| 05/08/2025 | Text | (617) 958-8104 |
| 05/09/2025 | Text | (872) 282-0908 |
| 05/13/2025 | Text | (872) 282-0908 |
| 05/15/2025 | Text | (628) 282-4638 |
| 05/15/2025 | Text | (617) 958-8104 |
| 05/19/2025 | Text | (254) 804-4103 |
| 05/23/2025 | Text | (628) 241-7464 |
| 05/28/2025 | Text | (617) 958-8104 |
| 06/17/2025 | Phone Call | (718) 973-9863 |