1 of 1 Automatic Zoom

https://www.donotcall.gov/confirm.html?key=84C044EB-3625-4DD9-A5E8-ED1BE07687C1#success 04/30/2021

FEDERAL TRADE COMMISSION
PROTECTING AMERICA'S CONSUMERS

More Information | Privacy & Security | Home

## National Do Not Call Registry

En Español

Registration Complete

You have registered the following telephone number in the National Do Not Call Registry:

(208) 681-9826

You may print this page if you wish to retain a copy for your records.

Back to ftc.gov | Privacy Policy

1 of 1 90%

6/23/25, 11:02 AM Mail - Trent VanderSloot - Outlook

Outlook

**National Do Not Call Registry - Your Registration Is Confirmed**

**From** Verify@DonotCall.gov <Verify@DonotCall.gov>
**Date** Wed 1/19/2022 10:55 AM
**To** mtvandersloot@hotmail.com <mtvandersloot@hotmail.com>

Thank you for registering your phone number with the National Do Not Call Registry. You successfully registered your phone number ending in 6733 on March 23, 2016. Most telemarketers will be required to stop calling you 31 days from your registration date.

Visit https://www.donotcall.gov to register another number or file a complaint against someone violating the Registry.

**********************************************************************************************************************

Please do not reply to this message as it is from an unattended mailbox. Any replies to this email will not be responded to or forwarded. This service is used for outgoing emails only and cannot respond to inquiries.

1 of 1 Automatic Zoom

https://www.donotcall.gov/confirm.html?key=84C044EB-3625-4DD9-A5E8-ED1BE07687C1#success 04/30/2021

FEDERAL TRADE COMMISSION
PROTECTING AMERICA'S CONSUMERS

More Information | Privacy & Security | Home

National Do Not Call Registry

En Español

Registration Complete

You have registered the following telephone number in the National Do Not Call Registry:

(208) 681-9826

You may print this page if you wish to retain a copy for your records.

Back to ftc.gov | Privacy Policy

1 of 1 90%

6/23/25, 11:01 AM Mail - Trent VanderSloot - Outlook

Outlook

**National Do Not Call Registry - Your Registration Is Confirmed**

**From** Verify@DonotCall.gov <Verify@DonotCall.gov>
**Date** Fri 8/19/2016 11:03 AM
**To** mtvandersloot@hotmail.com <mtvandersloot@hotmail.com>

Thank you for registering your phone number with the National Do Not Call Registry. You successfully registered your phone number ending in 9826 on February 09, 2011. Most telemarketers will be required to stop calling you 31 days from your registration date.

Visit https://www.donotcall.gov to register another number or file a complaint against someone violating the Registry.

**********************************************************************************************************************

Please do not reply to this message as it is from an unattended mailbox. Any replies to this email will not be responded to or forwarded. This service is used for outgoing emails only and cannot respond to inquiries.