# Exhibit C

| Solicitor / Contact | Evidence / Notes |
|---|---|
| **Steady Capital (or Steady Capital Solutions)** | Agent "Allen" from -2069 and allen@steadycapitalsolutions.com confirmed on 12/26/2023 that Steady Capital is a DBA of ATYG. Agent "Peter" from -0381 et al. identified the same on 04/02/2024. Agent "Morris" from -7464 identified the same on 05/23/2025. |
| **(956) 666-8139** | Conversation with this number led to an email from jake@steadycapitalsolutions.com, a domain from a known alternative name of ATYG. |
| **(870) 337-2040** | Conversation with this number led to an email from abe@steadycapitalsolutions.com, a domain from a known alternative name of ATYG. |
| **(610) 486-7379** | Agent identifies twice as representing Steady Capital, a known alternative name of ATYG. |
| **(410) 632-6999** | Agent identifies as same "Jason" from -1418. |
| **(929) 325-1418** | Conversation with this number led to an email from jason@steadycapitalsolutions.com, a domain from a known alternative name of ATYG. |
| **(786) 656-0470** | Agent identifies as representing Steady Capital, a known alternative name of ATYG. |
| **(276) 365-9989** | Agent identifies as representing Steady Capital, a known alternative name of ATYG. |
| **(410) 657-0094** | Agent identifies as same "Jason" from -1418. Text conversation with this number led to an email from peter@steadycapitalsolutions.com, a domain from a known alternative name of ATYG. |
| **(304) 449-8604** | Agent identifies as same "Jake" from -9989. References email from jake@steadycapitalsolutions.com. |
| **(223) 999-6087** | Agent identifies as same "Jake" from -9989. References email from jake@steadycapitalsolutions.com. |
| **(551) 303-8046** | Repeats exact text, word-for-word, as received from -0094 prior and subsequent: "Hey, I didn't hear back from you. We work quick and will get you numbers same day did you get my email from peter?" References agent "Peter" from peter@steadycapitalsolutions.com. |
| **(726) 216-6602** | Agent identifies as same "Jake" from -9989 et al. References same offer language "100k payback 115k" as -9989 et al. Agent identifies as representing Steady Capital. |
| **(941) 242-8328** | Text conversation with this number led to an email from allen@steadycapitalsolutions.com, a domain from a known alternative name of ATYG. |
| **(657) 300-6155** | Agent identifies as same "Jake" from -9989 et al. References same offer language "100k payback 115k" as -9989 et al. Agent identifies as representing Steady Capital. |
| **(916) 758-9180** | Agent identifies as representing "SCS Funding Group", an acronym for Steady Capital Solutions. Uses exact language from previous numbers, such as "BIG amounts, LONG terms, LOW rates! and NO fees!" seen in -8328. Uses similar language to previous numbers, such as "100k payback 114k." |

| | |
|---|---|
| **(984) 213-8579** | Text conversation with this number led to an email from isaac@steadycapitalsolutions.com, a domain from a known alternative name of ATYG. |
| **(470) 722-5213** | Text conversation with this number led to an email from peter@steadycapitalsolutions.com, a domain from a known alternative name of ATYG. |
| **(726) 216-6605** | Agent identifies as same "Jake" from -9989 et al. References same offer language "100k payback 115k" as -9989 et al. Agent identifies as representing Steady Capital. |
| **(208) 568-2432** | Agent identifies as same "Abe" from -2040. Agent identifies as representing Steady Capital on a phone call. |
| **(607) 219-6413** | Agent identifies as same "Jake" from -9989 et al. References same offer language "100k payback 115k" as -9989 et al. Agent identifies as representing Steady Capital. |
| **(205) 635-0136** | Agent identifies as representing Steady Capital, a known alternative name of ATYG. |
| **(208) 616-1321** | Agent identifies as same "Abe" from -2040. Agent identifies as representing Steady Capital on a phone call. |
| **(608) 299-9353** | Agent identifies as same "Jake" from -9989 et al. References same offer language "100k payback 115k" as -9989 et al. Agent identifies as representing Steady Capital. |
| **(254) 323-2967** | Agent identifies as "Joe Porter" representing Steady Capital. Text conversation with this number led to an email from joe@steadycapitalsolutions.com, a domain from a known alternative name of ATYG. |
| **(254) 320-9060** | Agent identifies as same "Isaac" from -8579. Text conversation with this number led to an email from isaac@steadycapitalsolutions.com, a domain from a known alternative name of ATYG. |
| **(720) 698-6083** | Text conversation with this number led to an email from joe@steadycapitalsolutions.com, a domain from a known alternative name of ATYG. |
| **(208) 225-8304** | Agent identifies as "Zach Mason" representing Steady Capital Solutions. Text conversation with this number led to an email from zach@steadycapitalsolutions.com, a domain from a known alternative name of ATYG. |
| **(719) 750-0381** | Text conversation with this number led to an email from peter@steadycapitalsolutions.com, a domain from a known alternative name of ATYG. |
| **(562) 661-0052** | Agent identifies as same "Peter" from -0381. Agent identifies as representing Steady Capital Solutions. |
| **(626) 415-2069** | Text conversation with this number led to an email from allen@steadycapitalsolutions.com, a domain from a known alternative name of ATYG. |
| **(806) 255-8186** | Agent identifies as "Jack Shapiro" representing Steady Capital. conversation with this number led to an email from jack@steadycapitalsolutions.com, a domain from a known alternative name of ATYG. |
| **(443) 227-0328** | Agent identifies as same "Peter" from -0381 et al. Agent identifies as representing Steady Capital Solutions. Conversation with this number led to an email from peter@steadycapitalsolutions.com, a domain from a known alternative name of ATYG. |

| | |
|---|---|
| **(470) 339-5493** | Agent identifies as same "Peter" from -0381 et al. Agent identifies as representing Steady Capital Solutions. Conversation with this number led to an email from peter@steadycapitalsolutions.com, a domain from a known alternative name of ATYG. |
| **Tier Funding** | An alternative name of ATYG. Agent "David" from -2288 confirmed over phone call on 10/10/2024 that Tier Funding and Steady Capital Solutions share the same owners, and are based in the same location. |
| **(208) 584-2288** | Agent identifies as "David" representing Tier Funding, a known alternative name of ATYG. |
| **(707) 640-8822** | Agent identifies as same "Allen" from -2069 et al. Conversation with this number led to an email from allen@steadycapitalsolutions.com, a domain from a known alternative name of ATYG. |
| **(917) 685-0743** | Agent identifies as representing Steady Capital, a known alternative name of ATYG. Agent identifies email address as processing@steadycapitalsolutions.com, a domain from a known alternative name of ATYG. |
| **(415) 687-5821** | Agent identifies as same "Allen" from -2069 et al. Conversation with this number led to an email from allen@steadycapitalsolutions.com, a domain from a known alternative name of ATYG. |
| **(929) 446-7833** | Conversation with this number led to an email from allison@steadycapitalsolutions.com, a domain from a known alternative name of ATYG. |
| **(347) 625-5321** | Agent identifies as "Mary" representing Steady Capital Solutions. |
| **First Choice Capital** | Agent "Mary" from -5321 states on 04/29/2025 that First Choice Capital is the same company as Steady Capital Solutions. |
| **(254) 804-4103** | Agent identifies as same "Allen" from -2069 et al. Agent identifies as representing Steady Capital Solutions. |
| **(617) 958-8104** | Agent identifies as same "Jake" from -9989 et al. Agent identifies as representing Steady Capital. |
| **(628) 282-4638** | Agent identifies as "Elliot Wills". ZoomInfo.org lists Elliot Wills as a funding manager at Steady Capital Solutions. |
| **(628) 241-7464** | Agent identifies as "Morris" representing Steady Capital. Conversation with this number led to an email from morris@steadycapitalsolutions.com, a domain from a known alternative name of ATYG. |