**Exhibit D**

Identical messages are grouped in betwen borders. Messages with "boilerplate" phrases are demarcated in sections according to their similarity. Messages with only automated message handling and Twilio/Telnyx carrier are in the last section.

| Date | Solicitor Address | Evidence | Additional Evidence |
|---|---|---|---|
| 4/11/2022 | 9293251418 | Hey, I didn't hear back from you. We work quick and will get you numbers same day did you get my email from peter? | Repeated message on 4/11, 4/13, 4/14, 4/18, 5/23, and 5/31<br><br>Carrier is Twilio, a preferred carrier for automated SMS & calls |
| 4/13/2022 | 9293251418 | Hey, I didn't hear back from you. We work quick and will get you numbers same day did you get my email from peter? | Repeated message on 4/11, 4/13, 4/14, 4/18, 5/23, and 5/31<br><br>Carrier is Twilio, a preferred carrier for automated SMS & calls |
| 4/14/2022 | 9293251418 | Hey, I didn't hear back from you. We work quick and will get you numbers same day did you get my email from peter? | Repeated message on 4/11, 4/13, 4/14, 4/18, 5/23, and 5/31<br><br>Carrier is Twilio, a preferred carrier for automated SMS & calls |
| 4/18/2022 | 9293251418 | Hey, I didn't hear back from you. We work quick and will get you numbers same day did you get my email from peter? | Repeated message on 4/11, 4/13, 4/14, 4/18, 5/23, and 5/31<br><br>Carrier is Twilio, a preferred carrier for automated SMS & calls |
| 5/23/2022 | 4106570094 | Hey, I didn't hear back from you. We work quick and will get you numbers same day did you get my email from peter? | Repeated message on 4/11, 4/13, 4/14, 4/18, 5/23, and 5/31<br><br>Carrier is Twilio, a preferred carrier for automated SMS & calls |
| 5/31/2022 | 4106570094 | Hey, I didn't hear back from you. We work quick and will get you numbers same day did you get my email from peter? | Repeated message on 4/11, 4/13, 4/14, 4/18, 5/23, and 5/31<br><br>Carrier is Twilio, a preferred carrier for automated SMS & calls |
| 5/9/2022 | 4106570094 | Hey, I didn't hear back from you. We work quick and will get you numbers same day. Could your business still use 100k payback 115k? | Repeated messages on 5/9 and 5/16<br><br>Carrier is Twilio, a preferred carrier for automated SMS & calls |
| 5/16/2022 | 4106570094 | Hey, I didn't hear back from you. We work quick and will get you numbers same day. Could your business still use 100k payback 115k? | Repeated messages on 5/9 and 5/16<br><br>Carrier is Twilio, a preferred carrier for automated SMS & calls |
| 8/3/2022 | 9412428328 | Hey, hope all is well. I got your file from a broker last year and wanted to know if you want to come direct with no broker 100k payback 115k What's the best email to reach you at? | Repeated message on 8/3 twice<br><br>Carrier is Telnyx, a preferred carrier for automated SMS & calls |
| 8/3/2022 | 9412428328 | Hey, hope all is well. I got your file from a broker last year and wanted to know if you want to come direct with no broker 100k payback 115k What's the best email to reach you at? | Repeated message on 8/3 twice<br><br>Carrier is Telnyx, a preferred carrier for automated SMS & calls |
| 8/12/2022 | 9412428328 | Hey, it's Allen. I got your file from a broker last year for business funding. Would you like to come directly with no broker? 100k payback 118k. What's the best email to reach you at? | Repeated message on 8/12 twice<br><br>Carrier is Telnyx, a preferred carrier for automated SMS & calls |
| 8/12/2022 | 9412428328 | Hey, it's Allen. I got your file from a broker last year for business funding. Would you like to come directly with no broker? 100k payback 118k. What's the best email to reach you at? | Repeated message on 8/12 twice<br><br>Carrier is Telnyx, a preferred carrier for automated SMS & calls |

| | | | |
|---|---|---|---|
| 8/8/2022 | 9412428328 | Hey, I hope you enjoyed your weekend! We had you approved for business funding in the past and we have been doing the best deals this month! BIG amounts, LONG terms and LOW rates! How much could your business use today?? | Repeated message on 8/8 twice and similar on 8/15 twice<br><br>Carrier is Telnyx, a preferred carrier for automated SMS & calls |
| 8/8/2022 | 9412428328 | Hey, I hope you enjoyed your weekend! We had you approved for business funding in the past and we have been doing the best deals this month! BIG amounts, LONG terms and LOW rates! How much could your business use today?? | Repeated message on 8/8 twice and similar on 8/15 twice<br><br>Carrier is Telnyx, a preferred carrier for automated SMS & calls |
| 8/15/2022 | 9412428328 | Hey, I hope you enjoyed your weekend! We had you approved for business funding in the past and we have been doing the best deals this month! BIG amounts, LONG terms, LOW rates! and NO fees! How much could your business use today?? | Repeated message on 8/8 twice and similar on 8/15 twice<br><br>Carrier is Telnyx, a preferred carrier for automated SMS & calls |
| 8/15/2022 | 9412428328 | Hey, I hope you enjoyed your weekend! We had you approved for business funding in the past and we have been doing the best deals this month! BIG amounts, LONG terms, LOW rates! and NO fees! How much could your business use today?? | Repeated message on 8/8 twice and similar on 8/15 twice<br><br>Carrier is Telnyx, a preferred carrier for automated SMS & calls |
| 8/9/2022 | 9412428328 | Good afternoon! We are doing insane unsecured business funding right now! BIG amounts, LONG terms and LOW rates! How much could your business use today?? | Repeated message on 8/8 twice, 8/9, and 8/11<br><br>Carrier is Telnyx, a preferred carrier for automated SMS & calls |
| 8/11/2022 | 9412428328 | Good afternoon! We are doing great unsecured business funding right now! BIG amounts, LONG terms and LOW rates! How much could your business use today?? | Repeated message on 8/8 twice, 8/9, and 8/11<br><br>Carrier is Telnyx, a preferred carrier for automated SMS & calls |
| 5/3/2022 | 9293251418 | Good Afternoon, It's Peter. Business Funding $100k payback $120k. NO broker fees for April. How much do you need? Reply STOP to opt out. [Steady] | Similar message on 5/3 and 5/4<br><br>Carrier is Twilio, a preferred carrier for automated SMS & calls |
| 5/4/2022 | 4106570094 | Hey we can fund today 100k payback 120k did you get my email from peter or would you like me to re send ? [Steady: Reply STOP to opt out] | Similar message on 5/3 and 5/4<br><br>Carrier is Twilio, a preferred carrier for automated SMS & calls |
| 8/16/2022 | 9412428328 | Following up on this | Carrier is Telnyx, a preferred carrier for automated SMS & calls |
| 8/29/2022 | 9412428328 | Hey, hope you enjoyed your weekend! It's nearing the end of the month and our investors and underwriters need to lend out more before the month's over! Being very aggressive on terms, rates, and funding amounts! How much $ could your business use right now?? And what's the best email to reach you at? | Carrier is Telnyx, a preferred carrier for automated SMS & calls |
| 5/23/2025 | 6282417464 | I can fund up to 500k 24 month term Weekly and Monthly payment options unsecured! All I need are bank statements and application. What is your email? | Carrier is Twilio, a preferred carrier for automated SMS & calls |
| 5/28/2025 | 6179588104 | Hi, following up! We want to get your business some numbers to go over today, there's no fees to see what we can do. What's your email? | Carrier is Twilio, a preferred carrier for automated SMS & calls |