Programmable Messaging | Twilio

https://www.twilio.com/docs/messaging

Chat

Twilio Docs

Messaging Voice Video Conversations Flex Studio All docs... Build with AI SDKs Help Center Search CTRL K Log in

Programmable Messaging

- Getting Started
- API reference
- Preventing Fraud
- Tutorials
- Messaging Services
- Messaging Features
- Usage Guides
- TwiML
- US A2P 10DLC
- Toll-Free Verification
- Messaging Channels
- Other Messaging products

# Programmable Messaging

Send messages to customers across preferred channels like SMS, MMS, RCS, and WhatsApp with one API.

Take the next steps with Programmable Messaging

SMS and MMS →

RCS →

WhatsApp →

Facebook Messenger (public beta) →




This website uses cookies and similar technologies to collect information you provide and information about your interactions with our sites to improve your experience, analyze performance and traffic on our website and assist our marketing efforts and customer service. We may share this information with our third-party partners. You can change your cookie preferences here. By continuing to browse, you agree to our use of these tools in accordance with our Privacy Notice and you agree to the terms of our Terms of Service.

OK, got it Adjust preferences Read our Cookie Policy

Search

12:01 PM
6/30/2026