What is an autodialer, and how

telnyx.com/resources/what-is-an-autodialer

telnyx Products Solutions Pricing Why Telnyx Resources Developers Contact us Log in SIGN UP

← Back to blog

VOICE *Last updated 19 Feb 2026*

# What is an autodialer?

Learn what an autodialer is and how it can improve communication efficiency.

By Tiffany McDowell




Search

12:21 PM
6/30/2026